# WARRANT FOR ARREST

| United States District Court | DISTRICT<br>WESTERN DISTRICT OF WISCONSIN | |
|---|---|---|
| United States of America<br><br>v.<br><br>Patrick Keenan,<br><br>Defendant. | DOCKET NO.<br><br>NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED:<br>Patrick Keenan<br>Marathon County Jail<br>500 Forest St., Wausau, WI | MAGISTRATE JUDGE CASE NO.<br>14-mj-108 |

Warrant Issued on the Basis of:

☐ Indictment ☐ Order of Court ☐ Information ☒ Complaint

TO: Any Authorized Law Enforcement Officer.

District of Arrest: City:

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

Possession with intent to distribute methamphetamine

IN VIOLATION OF 21 U.S.C. Sections 841(a)(1).

Bail: DETENTION REQUESTED BY THE UNITED STATES ATTORNEY'S OFFICE

Other Conditions of Release:

| | |
|---|---|
| Ordered By: [signature] Federal Judge/Magistrate Judge | Date Order: 2-29-16 |
| Clerk of Court: (By) Deputy Clerk | Date Issued: |

## RETURN

This Warrant was received and executed with the arrest of the above-named person.

| | |
|---|---|
| Date Received: | Date Executed: |
| Name and Title of Arresting Officer: | Signature of Arresting Officer: |